United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-11755-ref
Dale Raymond Mast                                                         Chapter 13
Claire Mildred Mast
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa              Page 1 of 2              Date Rcvd: Sep 28, 2018
                            Form ID: pdf900         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db/jdb         +Dale Raymond Mast,    Claire Mildred Mast,    513 Long Lane,    Oley, PA 19547-9009
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13322523       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13259331       +CABELAS WFB,    PO BOX 82608,    LINCOLN, NE 68501-2608
13259332       +Chase Mortgage,    POB 24696,    Columbus, OH 43224-0696
13259335       +Diamond Credit Union,    1600 Medical Drive,    Pottstown, PA 19464-3242
13259336       +First Bankcard Center-Omaha,    POB 3412,    Omaha, NE 68197-0001
13262284       +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
13390612       +George M. Lutz, Esquire,    Case, DiGiamberardino & Lutz, P.C.,    845 North Park Road, Suite 101,
                 Wyomissing, PA 19610-1342
13264872       +JPMorgan Chase Bank, N.A,    KML Law Group, P.C.,    701 Market Street, Ste 5000,
                 Philadelphia, PA 19106-1541
13493629       +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13259337        St. Joseph Medical Center,    PO Box 644168,    Pittsburgh, PA 15264-4168
13259338       +St. Luke's University Hospital-Bethlehem,    801 Ostrum St.,    Bethlehem, PA 18015-1000
13259339        THE HOME DEPOT/CBNA,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2018 03:05:24
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2018 03:06:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2018 03:11:05
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2018 03:11:08      Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13259333       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 29 2018 03:05:13      COMENITY BANK/FASHBUG,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
13259334       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 29 2018 03:05:13      COMENITY BANK/LNBRYANT,
                 PO BOX 182789,    COLUMBUS, OH 43218-2789
13670044        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2018 03:09:45
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13306639        E-mail/Text: bnc-quantum@quantum3group.com Sep 29 2018 03:05:13
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13646111        E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2018 03:10:30
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13646223        E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2018 03:11:08      Synchrony Bank,
                 c/o Recovery Management Systems Corp.,    25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13361318        E-mail/Text: WFB.Bankruptcy@cabelas.com Sep 29 2018 03:07:05      WORLD'S FOREMOST BANK,
                 CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                          Signature:   /s/Joseph Speetjens

```
District/off: 0313-4           User: Lisa                  Page 2 of 2                   Date Rcvd: Sep 28, 2018
                               Form ID: pdf900             Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:

```
          GEORGE M. LUTZ    on behalf of Debtor Dale Raymond Mast glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          GEORGE M. LUTZ    on behalf of Joint Debtor Claire Mildred Mast glutz@hvmllaw.com,
           amerkey@hvmllaw.com;r49419@notify.bestcase.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                        :

DALE RAYMOND MAST
CLAIRE MILDRED MAST
                                                              : Bankruptcy No. 14-11755REF
        Debtor(s)                                             : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

September 27, 2018

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

GEORGE M LUTZ ESQUIRE
HARTMAN VALERIANO MAGOVERN & LUTZ PC
1100 BERKSHIRE BLVD SUITE 301
WYOMISSING PA 19610-

DALE RAYMOND MAST
CLAIRE MILDRED MAST
513 LONG LANE
OLEY,PA.19547